FILED
CHARLOTTE, N.C.

FEB 26 2008

U.S. DISTRICT COURT
W. DIST. OF N.C.

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO.5:07CR50 |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | ORDER TO SEAL INDICTMENT |
| (13) CHEKUMA KENYTA SANDERS | ) | |
| a/k/a "Kuma" | ) | |
| (14) SAMUEL JUVON BOWENS | ) | |
| (15) JOSHUA DEAN SHARPE | ) | |
| (16) ROBERT LOUIS ALLISON | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Indictment in this matter be sealed, pursuant to the on-going nature of the investigation in this matter;

NOW THEREFORE IT IS ORDERED that the Bill of Indictment in this matter be sealed and remain sealed until such time as the United States thereafter moves for the unsealing of same.

This the 26th day of February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE